FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0100

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0099
OP 22-0100

STATE OF MONTANA, DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES,
CHILD AND FAMILY SERVICES DIVISION,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT,
CASCADE COUNTY, HON. ELIZABETH A.
BEST, Presiding,

Respondent.

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

D.H.,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT,
CASCADE COUNTY, HON. ELIZABETH A.
BEST, Presiding,

Respondent.

Petitioner State of Montana, Department of Public Health and Human Services, Child and Family Services Division (DPHHS), and Petitioner D.H., via their respective counsel, have each petitioned this Court for a writ of supervisory control, pursuant to Article II, Section 2(2), of the Montana Constitution and M. R. App. P. 14(3), to vacate the January 12, 2022 Order Granting Youths' and GAL's Motion to Amend Petitions and to strike the January 20, 2022 Amended Petition to Terminate Parental Rights of Birth Mother

in the Eighth Judicial District Court, Cascade County, Cause Nos. BDN-18-208 and BDN-18-208.

The underlying matters are dependent neglect proceedings under Title 41, Chapter 3, of the Montana Code Annotated. In these cases, the attorney and guardian ad litem representing the adjudicated youths moved the District Court to amend petitions for temporary legal custody to petitions for termination of parental rights over the objections of DPHHS and D.H., the youths' birthmother. The court found probable cause to support the filing of petitions to terminate D.H.'s parental rights, and because DPHHS refused to file the petition, the District Court signed and filed a petition to terminate the birthmother's parental rights in each case. In their respective Petitions before this Court, DPHHS and D.H. assert that the District Court had no basis in law to grant the motion to amend and to sign and file the amended petitions for termination.

Having reviewed the Petitions and the challenged Orders, this Court deems it appropriate to obtain a summary response. We have further determined that the proceedings in the District Court shall be stayed pending our decision on the Petitions. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighth Judicial District Court and the youths, by and through their attorney, or both, are each granted until March 29, 2022, to prepare, file, and serve a response(s) to the petitions for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petitions.

The Clerk is directed to provide immediate notice of this Order to counsel for each Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause Nos. BDN-18-208 and BDN-18-208, and the Honorable Elizabeth A. Best, presiding.

DATED this 8th day of March, 2022.

_____
Chief Justice

2

_____

_____

_____

_____
Justices

3